PER CURIAM.
Affirmed. See § 924.051(3), Fla. Stat. (1997); Jackson v. State, 451 So.2d 458 (Fla.1984); Castor v. State, 365 So.2d 701 (Fla.1978); Jordan v. State, 23 Fla. L. Weekly D2130, - So.2d -, 1998 WL 621355 (Fla. 3d DCA Sept.16, 1998); State v. Henriquez, 717 So.2d 1087 (Fla. 3d DCA 1998); State v. Valdes, 677 So.2d 107 (Fla. 3d DCA 1996); State v. Rodriguez, 673 So.2d 187 (Fla. 3d DCA 1996).